SEAN K. KENNEDY (Bar No. 145632)
Federal Public Defender
KOREN L. BELL (Bar No. 268614)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Tel: 213-894-5312
Fax: 213-894-0081

Attorneys for Petitioner
GEARY WATERS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Respondent,<br>v.<br>GEARY WATERS,<br>       Petitioner. | Case No. CV-14-4694-RT<br>Case No. CR-00-16-RT<br><br>[~~Proposed~~] Order |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT all proceedings on Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. §2255 shall be stayed until the Ninth Circuit's mandate issues in *Coronado v. Holder*, Case No. 11-72121, and the Supreme Court rules on any petition for writ of certiorari filed in that case. Petitioner shall file a status report within 14 days after the end of this stay.

IT IS SO ORDERED.

DATED: July 17, 2014

ROBERT J TIMLIN
HON. ROBERT J. TIMLIN
United States District Judge

1